**FILED**
at __11__ O'clock __32__ min. __A__ M

APR 17 2017

United States Bankruptcy Court
Columbia, South Carolina

Certificate Number: 15557-SC-CC-028760459



15557-SC-CC-028760459

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 14, 2017, at 9:38 o'clock AM EST, Akiem Barber received from Urgent Credit Counseling, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of South Carolina, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: February 14, 2017         By:    /s/Erika Poston

                                Name:  Erika Poston

                                Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).